# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| PAPER MAKING CONTROL SERVICES, INC. | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. |
| v. | : 7:09-cv-79 (HL) |
| | : |
| RAYMOND A. LOGAN d/b/a POLAR ICE EXPRESS, | : |
| | : |
| Defendant. | : |

## ORDER

On November 15, 2009, the Defendant filed a suggestion of bankruptcy. The case was automatically stayed pending the bankruptcy proceeding. No action has occurred in the case since then. The Court is concerned that this civil case has remained on its case docket due to the neglect of the attorneys or parties. Accordingly, the Defendant is ordered to file a written status report with the Court no later than May 31, 2011 describing the status of the bankruptcy proceeding or whether the parties have settled this civil case. The status report may be a joint report drafted by the Defendant and the Plaintiff, but it is not necessary.

**SO ORDERED**, this the 24th day of May, 2011.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

lmc