IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PAPER MAKING CONTROL SERVICES, INC. : : Plaintiff, : : v. : : RAYMOND A. LOGAN d/b/a POLAR ICE EXPRESS, : : Defendant. : : _____ : | Civil Action No. 7:09-cv-79 (HL) |

# **ORDER**

The stay of this case is lifted because the Defendant was dismissed from bankruptcy on April 1, 2011. The status report of the Defendant indicated that the parties are close to settling the matter.

The parties are ordered to file a proposed scheduling and discovery order no later than June 17, 2011 in the event that settlement has not occurred. The parties did not engage in sixth months of discovery prior to the stay going into effect, so the Court is willing to grant the parties a reasonable amount of time to conduct further discovery. If the parties settle the matter, they are ordered to notify the Court immediately.

**SO ORDERED**, this the 3rd day of June 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc