## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| **PAPER MAKING CONTROL SERVICES, INC.** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:09-cv-79 (HL) |
| **RAYMOND A. LOGAN d/b/a POLAR ICE EXPRESS,** | : | |
| Defendant. | : | |

# ORDER

This case is before the Court on discovery and scheduling matters. The case was automatically stayed prior to the expiration of the discovery period because the Defendant filed a notice of bankruptcy. The Defendant was dismissed from bankruptcy on April 1, 2011. On June 3, 2011 the Court lifted the stay.

Since the parties did not engage in sixth months of discovery prior to the stay going into effect, the Court grants the parties 90 days to conduct further discovery. Accordingly, the scheduling and discovery order (Doc. 7) is amended to read:

1. Motions to join other parties or to otherwise amend the pleadings shall be filed not later than October 20, 2011.

2. All dispositive motions shall be filed no later than November 4, 2011.

3. All discovery shall be completed by September 20, 2011.

4. Plaintiff's expert witness shall be designated by August 8, 2011. Defendant's expert shall be designated by September 1, 2011.

Other portions of the scheduling and discovery order not amended by this Order remain in effect.

**SO ORDERED**, this the 23rd day of June, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc